UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STARKS (*IN PRO PER*),<br><br>            Plaintiff,<br><br>      vs.<br><br>FPI MANAGEMENT; PATMON COMPANY, INC. (PCI); STONEBRIER APARTMENTS; and I.Q. DATA INTERNATIONAL, INC.,<br><br>            Defendants. | No.: 2:25-cv-01382-TLN-CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IQ DATA INTERNATIONAL, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

ORDER

FOR GOOD CAUSE SHOWN, Defendant IQ DATA INTERNATIONAL, INC.'s ("IQD") motion for an extension of time in which to file a responsive pleading to Plaintiff's Complaint is hereby granted. The time in which IQD must file a responsive pleading to Plaintiff's Complaint is hereby extended to May 28, 2025.

IT IS SO ORDERED.

Dated:  May 28, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, star.1382.25

-1-