UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STARKS,<br><br>                    Plaintiff,<br><br>       v.<br><br>FPI MANAGEMENT, et al.,<br><br>                    Defendants. | No. 2:25-cv-01382-TLN-CSK<br><br>**ORDER** |

On June 05, 2025, the magistrate judge filed findings and recommendations (ECF No. 16), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On June 16, 2025, Plaintiff Kevin Starks ("Plaintiff") filed objections to the findings and recommendations. (ECF No. 19.) On June 26, 2025, Defendant I.Q. Data International, Inc. ("Defendant I.Q.") filed a reply to the objections. (ECF No. 25).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are ADOPTED IN FULL; and

2. Plaintiff's motion for preliminary injunction (ECF No. 15) is DENIED.

IT IS SO ORDERED.

Date: July 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE